

**THE CITY OF NEW YORK**

**JAMES E. JOHNSON**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALANA R. MILDNER**
Labor and Employment Law Division
Phone: (212) 356-1177
Fax: (212) 356-2439
Email: amildner@law.nyc.gov

MEMO ENDORSED

December 31, 2020

**BY ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  <u>Luna v. City of New York et al.</u>
         Civil Action No. 20-CV-2692 (VEC)(KHP)
         Law Dept. No.: 2020-021359

Dear Magistrate Judge Parker:

       I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants City of New York and New York City Health + Hospitals in the above-referenced proceeding. I write to request that the Court reschedule the telephonic status conference currently scheduled for January 13, 2021 at 10:00 A.M. to a date mutually available to all parties.

       This request is made because I represent the respondents in a hearing before a Special Referee in *Smith v. O'Neill*, Index No. 101618/2017 (N.Y. Sup. Ct., N.Y. Cnty.), and the Special Referee recently requested that the parties be ready to proceed with further witness testimony on January 13, 2021.

       I have informed the *pro se* Plaintiff of this scheduling conflict and he consents to an adjournment of the status conference. The parties are mutually available for a conference on January 11 (morning only), 12, 19, 20, 21 (afternoon only), 25, 27, 28 or 29.

       I thank the Court for its attention to this request.

                                    Respectfully submitted,
                                    /s/
                                    Alana R. Mildner
                                    Assistant Corporation Counsel

2

**cc: By First-Class Mail**
Daniel Luna
Plaintiff *Pro Se*
1500 Noble Avenue, Apt. 18D
Bronx, New York 10460

**The telephonic Status Conference scheduled for Wednesday, January 13, 2021 at 10:00 a.m. is hereby rescheduled to <u>Wednesday, January 27, 2021 at 12:45 p.m.</u> The parties' are directed to call into the court's teleconference line at the scheduled time by dialing (866) 434-5269, Access code: 4858267. <u>The Clerk of Court is requested to mail a copy of this order to the Plaintiff.</u>**

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
12/31/2020

2